UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV01988 ERW |
| ) | |
| ELBERT A. WALTON, JR., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant's Elbert A. Walton, Jr.'s Notice of Automatic Stay [doc. #54], United States' Motion to Amend Judgment [doc. #55], and Motion of Co-Defendants Gray, Colbert, Mosley, Elbert Walton III, and Jonathan Walton to Stay Proceedings [doc. #58]. A hearing was held on December 2, 2008, and the Court heard arguments from the Parties on these Motions. The Parties have proposed that the Court hold all pending motions in abeyance for sixty days, and the Court agrees. The Court will not rule on these Motions at this time, and a status conference is set for **Thursday, February 5, 2009** at **2:00 p.m.** In the interim, the Parties shall notify the Court of any relevant developments in Defendant Elbert A. Walton, Jr.'s bankruptcy proceeding.

Accordingly,

**IT IS HEREBY ORDERED** that a status conference shall be held on **Thursday, February 5, 2009** at **2:00 p.m.**

Dated this 3rd Day of December, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE